FREDERICK FURTH, ESQ. CSB# 38438
THE FURTH FIRM LLP
225 Bush St 15FL
San Francisco, CA 94104-4249
T: (415) 433-2070   F: (415) 982-2076

ROBERT R. POWELL, ESQ. CSB# 159747
DENNIS R. INGOLS, ESQ., CSB# 236458
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200   F: 408-553-0203

Attorneys for Plaintiff
ORALEE ANDERSON-FRANCOIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS, | Case No. C08-00724 WDB |
| Plaintiff, | |
| v. | CERTIFICATE OF NO INTERESTED PARTIES OR RELATED ACTIONS |
| COUNTY OF SONOMA, et al | |
| Defendants. | |

Other than the named parties to this action, there is no such interest to report of other persons in the above-entitled litigation, and no known related legal actions to the above-entitled action.

Dated:   /   /

_____
DENNIS R. INGOLS, ESQ.
Attorney for Plaintiffs

1

Certificate of No Interested Parties
Anderson-Francois v. Sonoma County