1  BRUCE A. KILDAY, ESQ., SB No. 066415
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5

6  BRIEN J. FARRELL, City Attorney, SB No. 088318
   CAROLINE A. FOWLER, Assistant City Attorney, SB No. 110313
7  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
8  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
9  Facsimile: (707) 543-3055

10
   Attorneys for Defendants CITY OF SANTA ROSA, OFFICER BRAD CONNORS (sued herein
11 as BRAD CONNORS), OFFICER JENEANE KUCKER (Sued herein as OFFICER HOOD),
   and OFFICER JON FEHLMAN (sued herein as JOHN FELMAN)
12

13                          **IN THE UNITED STATES DISTRICT COURT**
14
                            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

16
   ORALEE ANDERSON-FRANCOIS,        )  Case No.: C08-00724 WDB
17                                  )
                          Plaintiff,)  **STIPULATION EXTENDING TIME TO**
18                                  )  **FILE AN ANSWER**
                vs.                 )
19                                  )
   COUNTY OF SONOMA, CITY OF SANTA  )
20 ROSA, JERRY NEWMAN, BRAD         )
21 CONNORS, OFFICER HOOD, JOHN      )
   FELMAN, and Does 1-25,           )
22                                  )
                                    )
23                      Defendants. )

24

25     WHEREAS, the Complaint in the above-captioned action was filed on January 31, 2008;

26     WHEREAS, on February 13, 2008, Defendants City of Santa Rosa and Jon Fehlman and

27 Jeneane Kucker and Brad Connors were served with a copy of the Complaint and Summons in

28 the above-captioned action;

---

-1-
**STIPULATION EXTENDING TIME TO RESPOND**

WHEREAS, Defendants' City Of Santa Rosa and Jon Fehlman and Jeneane Kucker and Brad Connors Answer to the Complaint was due April 14, 2008.

It is hereby stipulated by the parties, that Defendants City of Santa Rosa and Jon Fehlman and Jeneane Kucker and Brad Connors may have an additional three weeks in which to file an Answer. Accordingly, the due date for an Answer shall be extended from April 14, 2008 to May 5, 2008.

Dated: 4/14/08

By: */s/ Jennifer Marlowe*
JENNIFER MARLOWE
THE FURTH FIRM
225 Bush Street 15th Floor
San Francisco, CA 94104

ROBERT POWELL
LAW OFFICES OF ROBERT POWELL
925 West Hedding Street
San Jose, CA 95126

Attorneys for Plaintiff

Dated: 4/14/08

By: */s/ Bruce A. Kilday*
BRUCE A. KILDAY
ANGELO, KILDAY & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA 95825

BRIEN J. FARRELL
CAROLINE A. FOWLER
City Attorney's Office
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Attorneys for Defendants City Of Santa Rosa, Officer Brad Connors, Officer Jeneane Kucker, and Officer Jon Fehlman

I:\BAK\Anderson-Francois\PLEADINGS\STIP TO EXTEND TIME TO RESPOND.doc