| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| FREDERICK P. FURTH , ESQ. (38438)<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th floor<br>San Francisco, California 94104 | | (415) 433-2070 | |
| Attorneys for: PLAINTIFF | | Ref. No. Or File No.<br>W2494845 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

ORALEE ANDERSON-FRANCOIS

Defendant:

COUNTY OF SONOMA, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08 00724 WDB |
|---|---|---|---|---|

I, Oleg Grinshpan              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATE OF NO INTERESTED PARTIES OR RELATED CASES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; [Blank] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; [Blank] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CASE MANAGEMENT AND PRETRIAL ORDER; STANDING ORDER OF U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL REGARDING REQUESTS TO MODIFY CONDITIONS OF RELEASE AND REQUESTS FOR TRAVEL ORDERS; PRETRIAL ORDER; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant        : JERRY NEWMAN

By Serving       : JERRY NEWMAN

Address          : 1747 Copperhill Parkway , Santa Rosa, California  95403
Date & Time      : Thursday, April 10, 2008 @ 4:23 p.m.
Witness fees were : Not applicable.

Person serving:                    a. Fee for service:
Oleg Grinshpan                     d. Registered California Process Server
**Wheels of Justice, Inc.**            (1) Employee or independent contractor
657 Mission Street, Suite 502          (2) Registration No.: P-378
San Francisco, California  94105       (3) County: Sonoma
Phone: (415) 546-6000                  (4) Expires: 2/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: April 10, 2008              Signature:_____
                                              Oleg Grinshpan


Printed on recycled paper