FREDERICK P. FURTH (Cal. Bar. No. 38438)
JENNIFER C. MARLOWE (Cal. Bar. No. 242700)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:   (415) 433-2070
Facsimile:    (415) 982-2076

ROBERT R. POWELL (Cal. Bar. No. 159747)
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
Telephone:   (408) 553-0200
Facsimile:    (408) 553-0203

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS | Case No. C-08-00724 WDB |
| Plaintiff, | |
| vs. | **ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |
| COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, Does 1-25 Inclusive, | |
| Defendants. | |

93539.1

ADR CERTIFICATION

1  Pursuant to ADR Local Rule 3-5(b) and Civil Local Rule 16-8(b), plaintiff
2  Oralee Anderson-Francois and her undersigned counsel hereby certify that they have:

3  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR Internet site, *www.adr.cand.uscourts.gov*, specified on the site as necessary to comply with these Local Rules;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: April 17, 2008              As to the Plaintiff:  Oralee Anderson Francois

By:   /s/  Oralee Anderson-Francois
      ORALEE ANDERSON-FRANCOIS

Dated: April 17, 2008              As to Counsel for Plaintiff:

By:   /s/ Jennifer C. Marlowe
      FREDERICK P. FURTH
      JENNIFER C. MARLOWE
      THE FURTH FIRM LLP
      225 Bush Street, 15th Floor
      San Francisco, California 94104-4249
      Telephone:    (415) 433-2070
      Facsimile:    (415) 982-2076

      ROBERT R. POWELL
      THE LAW OFFICES OF ROBERT R.
        POWELL
      925 West Hedding Street
      San Jose, CA 95126
      Telephone:    (408) 553-0200
      Facsimile:    (215) 553-0203

      Attorneys for Plaintiff

I, Jennifer C. Marlowe, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b).  In compliance with General Order 45, X.B., I hereby attest that Oralee Anderson-Francois, plaintiff in this action, has concurred in this filing.

By:   /s/ Jennifer C. Marlowe
      JENNIFER C. MARLOWE

93539.1                            -2-
ADR CERTIFICATION

| | |
|---|---|
| 1 | FREDERICK P. FURTH (No. 38438) |
| | JENNIFER C. MARLOWE (No. 242700) |
| 2 | THE FURTH FIRM LLP |
| | 225 Bush Street, 15th Floor |
| 3 | San Francisco, California 94104-4249 |
| | Telephone: (415) 433-2070 |
| 4 | Facsimile:  (415) 982-2076 |

ROBERT R. POWELL (Cal. Bar. No. 159747)
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
Telephone:    (408) 553-0200
F:acsimile:    (408) 553-0203

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS          ) | Case No. C-08-00724 WDB |
|                                                               ) | |
| Plaintiffs,           ) | **CERTIFICATE OF SERVICE** |
|                                                               ) | |
| vs.                                                       ) | |
|                                                               ) | |
| COUNTY OF SONOMA, CITY OF        ) | |
| SANTA ROSA, JERRY NEWMAN, BRAD) | |
| CONNORS, OFFICER HOOD, JOHN    ) | |
| FELMAN, Does 1-25 Inclusive          ) | |
|                                                               ) | |
|                                                               ) | |
| Defendant.         ) | |
|                                                               ) | |
| _____) | |

      I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

      I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

93684.1                                                       -1-
CERTIFICATE OF SERVICE

1. ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b); and

2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

☐ **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

Gary Spaulding
Spaulding, McCullough & Tansil
90 South E. Street, Suite 200
Santa Rosa, CA 95404

Robert R. Powell
The Law Offices Of Robert R. Powell
925 West Hedding Street
San Jose, California 95126

Bruce A. Kilday
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento CA 95825

Brien J. Farrell
City Attorney of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404

Executed on April 21, 2008, at San Francisco, California.

Signed /s/   Gary M. Gray

93684.1

-2-

CERTIFICATE OF SERVICE