1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California 95202
4  Telephone: (209) 943-2004
   Facsimile:  (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  STEVEN WOODSIDE (California State Bar #58684)
   County Counsel
7  BRUCE D. GOLDSTEIN (California State Bar #135970)
   Assistant County Counsel
8  TAMBRA L. CURTIS (California State Bar # 157205)
   Deputy County Counsel
9  OFFICE OF THE COUNTY COUNSEL
    OF SONOMA
10 575 Administration Drive, Room 105A
   Santa Rosa, California 95403
11 Telephone: (707) 565-2421
12 Facsimile:  (707) 565-2624

13 Attorneys for Defendants
   COUNTY OF SONOMA and
14 JERRY NEWMAN

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | ORALEE ANDERSON-FRANCOIS,        )   No. C08-00724 WDB
19 |                                  )
   |           Plaintiff,             )   NOTICE OF PENDENCY OF
20 |                                  )   OTHER ACTION OR
   |        v.                        )   PROCEEDING
21 |                                  )
   | COUNTY OF SONOMA, et al.,        )   Local Rule 3-13
22 |                                  )
   |           Defendants.            )
23 |                                  )
24 |_____)

25

26

27

28

NOTICE OF PENDENCY OF                     1
OTHER ACTION OR PROCEEDING

1  PLEASE TAKE NOTICE that there is currently pending the following
2  cases: *In re Frank A.*, Sonoma County Superior Court Case No. 2283 DEP and *In re*
3  *Erica A.*, Sonoma County Superior Court Case No. 2284 DEP and related appellate
4  cases (the "Dependency Proceedings").
5  The Dependency Proceedings were initiated by the County of Sonoma
6  Human Services Department, Child Welfare Services, as to the adopted children of
7  Plaintiff Oralee Anderson-Francois, Frank A. and Erica A. The Dependency Court has
8  granted certain relief and the Dependency Cases are still pending.
9  The juvenile case files from the Dependency Proceedings (as well as the
10 events in the Dependency Proceedings) are relevant to the instant case because
11 Plaintiff in the instant case alleges that the removal of Frank A. and Erica A. from her
12 custody and the subsequent detention of them in connection with the Dependency
13 Proceedings was improper.
14 California Welfare & Institutions Code Section 827 places limits on who
15 may inspect "juvenile case files," including not only the court records but also other
16 records, including those in the possession of Child Welfare Services. Plaintiff in the
17 instant case has filed with the Sonoma County Superior Court a petition under
18 Section 827 seeking an order of the Court allowing the release of the juvenile case files
19 from the Dependency Proceedings for use in this case. Defendants County of Sonoma
20 and Jerry Newman have filed a joinder in that petition. The petition is currently pending
21 for decision by the Sonoma County Superior Court; no hearing date has been set.

Dated: May 1, 2008

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SONOMA and JERRY NEWMAN

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING    2