1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  STEVEN WOODSIDE (California State Bar #58684)
   County Counsel
7  BRUCE D. GOLDSTEIN (California State Bar #135970)
   Assistant County Counsel
8  TAMBRA L. CURTIS (California State Bar # 157205)
   Deputy County Counsel
9  OFFICE OF THE COUNTY COUNSEL
    OF SONOMA
10 575 Administration Drive, Room 105A
   Santa Rosa, California  95403
11 Telephone:  (707) 565-2421
   Facsimile:   (707) 565-2624
12
13 Attorneys for Defendants
   COUNTY OF SONOMA and
14 JERRY NEWMAN

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 ORALEE ANDERSON-FRANCOIS,           )   No. C08-00724 WDB
                                        )
20         Plaintiff,                   )   DECLINATION TO PROCEED
                                        )   BEFORE A MAGISTRATE JUDGE
21      v.                              )   AND
                                        )   REQUEST FOR REASSIGNMENT
22 COUNTY OF SONOMA, et al.,            )   TO A UNITED STATES DISTRICT
                                        )   JUDGE
23         Defendants.                  )
                                        )
24                                      )
                                        )
25                                      )
   _____)
26

27

28

DECLINATION TO PROCEED
BEFORE MAGISTRATE JUDGE                    1

1 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2 The undersigned parties decline to consent to the assignment of this case to a
3 United States Magistrate Judge for trial and disposition and hereby request the
4 reassignment of this case to a United States District Judge.

5 Dated: May 1, 2008

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SONOMA and JERRY NEWMAN