1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

ORALEE ANDERSON-
FRANCOIS,

          Plaintiff,

    v.

No.  C 08-724 WDB

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT
JUDGE

11

COUNTY OF SONOMA, et al.

12

          Defendants.

13

_____/

14

15

16

17

      The Clerk of this Court will now randomly reassign this case to a United States District
Judge because one or more of the parties has requested reassignment to a United States District
Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case
management conference set for May 12, 2008, at 4:00 p.m. is vacated.

18

19

Dated: May 2, 2008

Richard W. Wieking, Clerk
United States District Court

20

21

*Sarah Weinstein*

22

23

By:  SarahWeinstein
     Law Clerk/Deputy Clerk

24

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd

25

26

27

28