

|  |  |
|---|---|
|  | Laurence L. Angelo |
|  | Bruce A. Kilday |
|  | Carolee G. Kilduff |
|  | J. Scott Smith |
|  | Douglas R. Thorn |
|  | _____ |
|  | Cori R. Sarno |
|  | Susan A. DeNardo |
|  | Allison E. Goldsmith |
|  | Carrie A. Frederickson |
|  | John A. Whitesides |

601 University Avenue Suite 150
Sacramento, CA  95825
Telephone No. (916) 564-6100
Telecopier No. (916) 564-6263

E-Mail:   bkilday@akk-law.com

May 6, 2008

Honorable William H. Alsup
U.S. District Court, Northern District
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Oralee Anderson-Francois v. County of Sonoma, et al.*
            Case No. C-08-00724 WHA

Your Honor,

      We are the counsel who collectively represent all parties in this matter.  With the reassignment of this case to you on May 5, 2008, and based on communication with your Clerk, it is our understanding that all existing deadlines in Magistrate Judge Brazil's Order Setting Initial Case Management Conference and ADR Deadlines, issued on January 31, 2008, have been vacated.  This would include the filing of a Joint Case Management Conference Statement and Initial Disclosures per Rule 26, among others.  We understand that a new Scheduling Order will be issued by the Court and look forward to receiving it.

               Very truly yours,

               ANGELO, KILDAY & KILDUFF

                */s/ Bruce A. Kilday*
          By:_____
               BRUCE A. KILDAY
               JOHN A. WHITESIDES
               SUSAN A. DeNARDO
               Attorneys for Defendants CITY OF SANTA
               ROSA, BRAD CONNERS,  OFFICER JENEANE
               KUCKER , and LT. JON FEHLMAN

Honorable William H. Alsup
Re: *Anderson-Francois v. County of Sonoma*
Page 2
May 6, 2008
_____

                          SUNTAG & FEUERSTEIN

                                */s/ Dana A. Suntag*
                    By:_____
                          DANA A. SUNTAG
                          Attorneys for Defendant COUNTY OF SONOMA
                          and JERRY NEWMAN

                          THE FURTH FIRM

                                */s/ Alex Turan*
                    By:_____
                          ALEX C. TURAN
                          Attorneys for Plaintiff


cc:    Robert R. Powell
        Caroline A. Fowler, City of Santa Rosa