| | |
|---|---|
| 1 | BRUCE A. KILDAY, ESQ., SB No. 066415 |
|   |   Email: Bkilday@akk-law.com |
| 2 | **ANGELO, KILDAY & KILDUFF** |
| 3 | Attorneys at Law |
|   | 601 University Avenue, Suite 150 |
| 4 | Sacramento, CA  95825 |
|   | Telephone:  (916) 564-6100 |
| 5 | Telecopier:  (916) 564-6263 |

BRIEN J. FARRELL, City Attorney, SB No. 088318
  Email: BFarrell@ci.santa-rosa.ca.us
CAROLINE A. FOWLER, Assistant City Attorney, SB No. 110313
  Email: CFowler@ci.santa-rosa.ca.us
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants CITY OF SANTA ROSA, BRAD CONNERS (sued herein as BRAD CONNORS), OFFICER JENEANE KUCKER (sued herein as OFFICER HOOD), and LT. JON FEHLMAN (sued herein as JOHN FELMAN)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ORALEE ANDERSON-FRANCOIS, | ) | Case No.: C08-00724 WDB |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **NOTICE OF UNAVAILABILITY OF** |
| vs. | ) | **COUNSEL** |
|  | ) |  |
| COUNTY OF SONOMA, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that from June 27, 2008 through July 8, 2008, Bruce A. Kilday, Esquire, attorney for Defendants, CITY OF SANTA ROSA, BRAD CONNERS (sued herein as BRAD CONNORS), OFFICER JENEANE KUCKER (sued herein as OFFICER HOOD), and LT. JON FEHLMAN (sued herein as JOHN FELMAN), herein will be unavailable

1  for any purpose whatsoever, including, but not limited to, receiving notices of any kind,
2  appearing in settlement conferences, status conferences or court proceedings of any kind in
3  person, by telephone, or in any other manner, attending depositions, preparing or responding to
4  pleadings, actions or documents of any kind.

5  Dated: May 16, 2008                              ANGELO, KILDAY & KILDUFF

6                                                                */s/ Bruce A. Kilday*
7                                                   By:_____
                                                       BRUCE A. KILDAY
8                                                      Attorneys for Defendants

I:\BAK\Anderson-Francois\PLEADINGS\NOTICE OF
UNAVAILABILITY OF COUNSEL.doc

---

-2-
**NOTICE OF UNAVAILABILITY OF COUNSEL**