1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California 95202
4  Telephone: (209) 943-2004
   Facsimile:  (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  STEVEN WOODSIDE (California State Bar #58684)
   County Counsel
7  BRUCE D. GOLDSTEIN (California State Bar #135970)
   Assistant County Counsel
8  TAMBRA L. CURTIS (California State Bar # 157205)
   Deputy County Counsel
9  OFFICE OF THE COUNTY COUNSEL
10   OF SONOMA
   575 Administration Drive, Room 105A
11 Santa Rosa, California 95403
   Telephone: (707) 565-2421
12 Facsimile:  (707) 565-2624

13 Attorneys for Defendants
   COUNTY OF SONOMA and
14 JERRY NEWMAN

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | ORALEE ANDERSON-FRANCOIS,            ) No. C08-00724 WHA
19 |                                      )
   |         Plaintiff,                   ) **STIPULATION AND ORDER TO**
20 |                                      ) **RESCHEDULE PRETRIAL**
   |    v.                                ) **CONFERENCE AND TRIAL**
21 |                                      )
   | COUNTY OF SONOMA, et al.,            )
22 |                                      )
   |         Defendants.                  )
23 |                                      )
   | _____ )
24

25

26

27

28

STIPULATION AND ORDER
TO RESCHEDULE PRETRIAL                    1
CONFERENCE AND TRIAL

1     WHEREAS, at a Case Management Conference held on May 22, 2008,
2 the Court scheduled the pretrial conference for April 28, 2009, and the trial for May 4,
3 2009;

4     WHEREAS, Dana A. Suntag, counsel for Defendants County of Sonoma
5 and Jerry Newman, represents to the Court that at the time the Court issued this
6 schedule, he inadvertently did not realize that those dates conflict with another case in
7 which he is trial counsel, as follows: Mr. Suntag is trial counsel for all defendants in the
8 case entitled *Adams v. Nocon, et al.* United States District Court, Eastern District of
9 California, Case No. 2:07-CV-2083-FCD-EFB, the trial of which is scheduled to start on
10 April 28, 2009, and which trial is estimated to last 15 days;

11     WHEREAS, as a result of this calendar conflict, Mr. Suntag requests this
12 Court to adjust the pretrial conference date and trial date, and, by this stipulation, all
13 counsel are in agreement with such request:

14     IT IS STIPULATED AND AGREED, by the parties, through their
15 undersigned counsel of record, that the pretrial conference and trial of the instant
16 matter be continued approximately 30 days as a result of this calendar conflict.

17     Respectfully submitted,

18 Dated: May 27, 2008      SUNTAG & FEUERSTEIN
    A Professional Corporation

20      By:   */s/ Dana A. Suntag*
21      DANA A. SUNTAG
    Attorneys for Defendants
22     COUNTY OF SONOMA and JERRY NEWMAN

23 Dated: May 27, 2008      LAW OFFICES OF ROBERT R. POWELL

25      By:   */s/ Robert R. Powell*
    ROBERT R. POWELL
26     Attorneys for Plaintiff

27

28

STIPULATION AND ORDER
TO RESCHEDULE PRETRIAL     2
CONFERENCE AND TRIAL

1  Dated: May 27, 2008                                    THE FURTH LAW FIRM

                                                          By: /s/ Jennifer Marlowe
                                                          JENNIFER MARLOWE
                                                          Attorneys for Plaintiff

4  Dated: May 27, 2008                                    ANGELO KILDAY & KILDUFF

                                                          By: /s/ Bruce A. Kilday
                                                          BRUCE A. KILDAY
                                                          Attorneys for Defendants City of
                                                          Santa Rosa, Officer Brad Connors,
                                                          Officer Jeneane Kucker, and Officer
                                                          John Fehlman.

## ORDER

IT IS SO ORDERED.

The Pretrial Conference is rescheduled to _____, 2009, at _____ _.m.

The Trial is rescheduled to start on _____, 2009, at _.m.

Dated:
                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
TO RESCHEDULE PRETRIAL                3
CONFERENCE AND TRIAL