**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No.  C 08-00724 WHA

Title: ORALEE ANDERSON-FRANCOIS  v. COUNTY OF SONOMA

Plaintiff Attorneys: Robert Powell; Jennifer Marlow

Defense Attorneys: Bruce Kilday; Dana Suntag

Deputy Clerk:  Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)    CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 6/13/08

Discovery Cutoff: 12/26/08

Designation of Experts: 12/26/08

Last Day to File Motion: 2/12/09


Continued to _ for Further Case Management Conference

Continued to  4/28/09 at 2:00 pm  for Pretrial Conference

Continued to  5/4/09 at 7:30 am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  The last day to name or identify any DOES defendants is 7/31/08.  Parties are still attempting to get State Court records.