# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Anderson-Francois,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>County of Sonoma,<br><br>　　　　　Defendant(s). | 08-00724 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**James Hodgkins**
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612
(510) 238-6135

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00724 WHA MED　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 28, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00724 WHA MED                                - 2 -