**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

    v.

COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, and DOES 1–25, inclusive,

    Defendants.

No. C 08-00724 WHA

**AMENDED ORDER RESETTING NEW PRETRIAL CONFERENCE AND TRIAL DATES**

    The Court is in receipt of the parties' stipulation to continue both the final pretrial conference and the trial dates by thirty days due to defense counsel's unavailability due to another trial. The final pretrial conference shall now be ***MAY 26, 2009*, AT 2:00 P.M.** and a jury trial shall begin on ***JUNE 1, 2009*, AT 7:30 A.M.**

    **IT IS SO ORDERED.**

Dated: May 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE