```
                                          FILED
                                         AUG 0 5 2008
                                        RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Anderson-Francois, | No. C 08-00724 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| County of Sonoma, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8/1/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __9/10/08 @ 10:00 a.m.__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __8/1/08__

_James T. Hodgkins_ (signature)

**Mediator, James Hodgkins**
Office of the City Attorney of the City of Oakland
1 Frank H. Ogawa Plaza, 6th FL.
Oakland, CA 94612

**Certification of ADR Session**
08-00724 WHA MED