IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS, | No. C 08-00724 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE TO DEFENDANTS' MOTION TO COMPEL** |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

Plaintiff is requested to respond to defendants' motion to compel by **NOON ON NOVEMBER 10, 2008**. The Court shall then determine whether a hearing will be necessary. The parties are directed to read and be familiar with the Court's supplemental order filed May 6, 2008.

**IT IS SO ORDERED.**

Dated: November 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE