DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile:   (209) 943-0905
Dana@Suntag-Feuerstein.com

STEVEN WOODSIDE (California State Bar #58684)
County Counsel
BRUCE D. GOLDSTEIN (California State Bar #135970)
Assistant County Counsel
TAMBRA L. CURTIS (California State Bar # 157205)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SONOMA
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile:   (707) 565-2624

Attorneys for Defendants
COUNTY OF SONOMA and
JERRY NEWMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS, | No. C08-00724 WHA |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING DEFENDANTS COUNTY OF SONOMA AND JERRY NEWMAN'S MOTION TO COMPEL PLAINTIFF'S MENTAL EXAMINATION |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |
| | Date:<br>Time:<br>Place: Courtroom 9 |

ORDER GRANTING MOTION TO COMPEL
PLAINTIFF'S MENTAL EXAMINATION               1

The Court has reviewed and considered the Motion to Compel Plaintiff's Mental Examination filed on November 3, 2008, by Defendants County of Sonoma and Jerry Newman (the "County Defendants") and all accompanying papers, any Opposition, any Reply, and any other papers filed in connection with the Motion, and has heard the arguments of counsel.

The Court concludes that Plaintiff's emotional state is "in controversy" within the meaning of Rule (a)(1) and that good cause exists for the requested mental examination.

THEREFORE,

IT IS ORDERED that the County Defendants' Motion is GRANTED. Plaintiff shall present herself for a mental examination with Bernard S. Rappaport, M.D., at his office located at 3 Altarinda Road, Suite 207, Orinda, California 94563, on December 18, 2008, at 9:00 a.m.

The examination will consist of the following:

a) A history, which will encompass questions regarding Plaintiff's family history, education history, social history, past medical history, past mental health history, and treatment history, and the incident being litigated and subsequent treatment, as well as a mental status examination; and

b) Administration of three psychological tests: the Minnesota Multiphasic Personality Inventory (MMPI-2), the Millon Clinical Multiaxial Inventory (MCMI-III), and the Rotter Incomplete Sentences Blank.

Plaintiff shall not have anyone in the examination room with her during the examination because that would compromise the clinical setting.

Dated: November 10, 2008.



_____
UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge William Alsup

ORDER GRANTING MOTION TO COMPEL
PLAINTIFF'S MENTAL EXAMINATION             2