ROBERT R. POWELL, ESQ. CSB# 159747
THE LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200
F: 408-553-0203
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| ORALEE ANDERSON-FRANCOIS | ) | Case No. C-08-00724 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | RE: RESCHEDULING OF SUMMARY |
| | ) | JUDGMENT HEARING DATE |
| | ) | |
| COUNTY OF SONOMA, et al., | ) | Current Date: April 30, 2009 |
| | ) | Proposed New Date: May 21, 2009 |
| | ) | Time: 8:00 a.m. |
| | ) | Place: Courtroom 9 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**WHEREAS**, on March 26, 2009, Defendants County of Sonoma and Jerry Newman (the "County Defendants") submitted a Motion for Summary Judgment, or, alternatively, partial summary judgment, scheduled for hearing on April 30, 2009, and,

**WHEREAS** Plaintiff's counsel is in trial in the Alameda County Superior Court on April 30, 2009, and,

**WHEREAS**, Plaintiff's counsel also intends to file a Motion for Summary Judgment, and

---

1
Stipulation and Order Re: Move Hearing Date
Anderson v. Sonoma County
U.S. District Court – Northern Dist (S.F)
Case No. C-08-00724 WHA

1     **WHEREAS**, Counsel for the Defendant City of Santa Rosa and its individually named employee defendants also intend to file a Motion for Summary Judgment, the parties through their counsel of record do hereby stipulate as follows and respectfully request this court order same:

    1. The hearing on the County Defendants' Motion for Summary Judgment, currently set for April 30, 2009, at 8:00 a.m., be rescheduled to May 21, 2009, at 8:00 a.m.; and

    2. Any Motion for Summary Judgment to be filed by the Plaintiff, and/or the City of Santa Rosa and the individually named defendants thereof, shall also be set for hearing on May 21, 2009, at 8:00 a.m., and shall be filed no less than 35 days before May 21, 2009.

**IT IS SO STIPULATED.**

    SUNTAG & FEUERSTEIN,
A Professional Corporation

4/3/2009         ____/S/ DANA A. SUNTAG_____
DANA A. SUNTAG
Attorneys for Defendants County
Of Sonoma and Jerry Newman

4/3/2009         ____/S/ ROBERT R. POWELL____
ROBERT R. POWELL
Attorneys for Plaintiff

4/3/2009         ____/S/ BRUCE A. KILDAY____
BRUCE A. KILDAY
Attorneys for Defendants City of
Santa Rosa, Brad Connors, John
Fehlman.

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, the court hereby orders and finds as follows;

    1. The hearing on the County Defendants' Motion for Summary Judgment, currently set for April 30, 2009, at 8:00 a.m. is rescheduled to May 21, 2009, at 8:00 a.m.; and

    2. Any Motion for Summary Judgment to be filed by the Plaintiff, and/or the City of Santa Rosa and the individually named defendants thereof, shall also be set for hearing on May 21, 2009, at 8:00 a.m., and shall be filed no less than 35 days before May 21, 2009.

IT IS SO ORDERED.

4/_10_/2009

                                       _/s/ Judge William Alsup_
                                       JUDGE OF THE U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – San Francisco