BRUCE A. KILDAY, ESQ., SB No. 066415
  Email: bkilday@akk-law.com
SUSAN A. DeNARDO, SB No. 235166
  Email: sdenardo@akk-law.com
JOHN A. WHTIESIDES, SB No. 125611
  Email: jwhitesides@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

CAROLINE A. FOWLER, City Attorney, SB No. 110313
  Email: CFowler@ci.santa-rosa.ca.us
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants CITY OF SANTA ROSA, Det. BRAD CONNERS, Officer JEANINE KUCKER, Lt. JON FEHLMAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br> COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, and Does 1-25, <br><br>　　　　　　Defendants. | Case No.: C08-00724 WHA <br><br> **STIPULATION TO DISMISS DEFENDANTS FEHLMAN AND KUCKER** |

The parties, through their respective counsel, hereby stipulate that this action is dismissed as against Defendant Fehlman and Defendant Kucker. It is further stipulated that said dismissal

-1-
STIPULATION TO DISMISS DEFENDANTS FEHLMAN AND KUCKER

1 | is with prejudice, and that all parties are to bear their own costs, including attorney's fees.

Dated: 4/21/09

By: */s/ Robert Powell*
ROBERT POWELL
LAW OFFICES OF ROBERT POWELL
925 West Hedding Street
San Jose, CA 95126

Attorneys for Plaintiff

Dated: 4/21/09

By: */s/ Bruce A. Kilday*
BRUCE A. KILDAY
ANGELO, KILDAY & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA 95825

Caroline A. Fowler, Esq.
John Fritsch, Esq.
City Attorney's Office
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Attorneys for Defendants City Of Santa Rosa, Officer Brad Connors, Officer Jeneane Kucker, and Officer Jon Fehlman

Dated: 4/21/09

By: */s/ Dana A. Suntag*
Dana A. Suntag, Esq.
Santag & Feuerstein
The Kress Building
20 North Sutter St., Fourth Floor
Stockton, CA  95202

Attorneys for Defendants County of Sonoma & Jerry Newman

1 **ORDER**

2     IT IS SO ORDERED.

3

4

5   Dated:   April 22, 2009            By:_____

                                                                  U.S. DISTRICT COURT JUDGE

6 O:\wdocs\maindocs\204\001\PLEAD\00021675.DOC

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup)*

-3-
STIPULATION TO DISMISS DEFENDANTS FEHLMAN AND KUCKER