IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, and DOES 1–25, inclusive,

    Defendants.

                                               /

No. C 08-00724 WHA

**ORDER REGARDING ADMINISTRATIVE MOTIONS**

       This order addresses several administrative requests relating to four pending summary judgment motions. An April 14 order denied a prior motion to seal filed by the County without prejudice to a more narrowly tailored sealing request. The County has now filed an amended request to seal exhibits designated as confidential by state statute or court, and references thereto in its motion (Dkt. No. 55). The amended request, being narrowly tailored, is **GRANTED**. The City filed a request to seal four exhibits designated as confidential in the state proceedings (Dkt. No. 53-5). The request is **GRANTED**. Plaintiff also submitted a request to file two such confidential exhibits under seal (Dkt. No. 66). The request is **GRANTED**. Finally, plaintiff filed a renewed request for permission to exceed the page limit by four pages (a previous, larger request having been denied). The limited renewed request is reasonable under the circumstances and is **GRANTED**. Defendants may similarly utilize up to five additional pages in their opposition briefs if need be. There will be no additional pages in the replies.

Dated: April 23, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE