IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, and DOES 1–25, inclusive,

    Defendants.

No. C 08-00724 WHA

**ORDER REGARDING MOTION TO SEAL**

    For the reasons stated in the April 23 order granting multiple sealing requests associated with the upcoming summary judgment motions, plaintiff's request to seal two exhibits of the Powell declaration in support of her opposition brief (Dkt. No. 89), and the request of defendants County and Newman to redact names and references to confidential state documents from their opposition briefs (Dkt. No. 86) are both **GRANTED**.

Dated: May 1, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE