IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, OFFICER HOOD, JOHN FELMAN, and DOES 1–25, inclusive,

    Defendants.

                              /

No. C 08-00724 WHA

**ORDER RE STATUS REPORT**

In light of the court of appeals' recent order, the parties are ordered to file a written status report on or before **NOON ON JANUARY 28, 2010.**

Dated: December 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE