IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNORS, and OFFICER HOOD,

    Defendants.
                                     /

No. C 08-00724 WHA

**ORDER SETTING STATUS CONFERENCE**

This order sets a status conference in this action for **11:00 A.M. ON APRIL 14, 2011**. The parties shall submit a status report seven days before the conference.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE