# THE SUNTAG LAW FIRM

THE KRESS BUILDING
20 NORTH SUTTER STREET, FOURTH FLOOR
STOCKTON, CALIFORNIA 95202

TELEPHONE: (209) 943-2004
FACSIMILE: (209) 943-0905
WWW.SUNTAGLAWFIRM.COM

June 8, 2011

BY EFILING

The Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: Anderson v. County of Sonoma, et al.; Case No. C08-00724

Your Honor:

This law firm represents Defendants County of Sonoma and Jerry Newman in the above case, which has been referred to Your Honor for settlement conference on June 24, 2011.

The order for the settlement conference, which was issued by Magistrate Judge Chen on May 4, 2011 (Docket No. 144), requires parties to attend the settlement conference and has specific provisions regarding who is required to attend on behalf of a governmental entity. We of course will have appropriate personnel in attendance from the County.

With respect to Defendant Jerry Newman, he is a retired County employee. Since the conduct that is alleged in this case was within the scope of his employment with the County, the County is providing for his defense. Mr. Newman has no settlement authority on behalf of the County. Those necessary to make decisions on behalf of the County will be present. In addition, those present for the County have full knowledge of the underlying facts.

Therefore, we respectfully request that Mr. Newman be excused from the settlement conference. I telephoned your courtroom deputy earlier today to make his request and she suggested I make the request by efiled letter.

Thank you for your assistance.

Dated: 6/9/2011

Very truly yours,

DANA A. SUNTAG

cc: Counsel of record by efiling

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA