

# Angelo
# Kilday
# Kilduff
Attorneys at Law

601 University Avenue Suite 150
Sacramento, CA  95825
Telephone No. (916) 564-6100
Telecopier No. (916) 564-6263
E-Mail:   jwhitesides@akk-law.com

Bruce A. Kilday
Carolee G. Kilduff

John A. Whitesides
Peter D. Halloran

Cori R. Sarno
Carrie A. Frederickson
Amie McTavish
Serena M. Sanders
Kevin J. Dehoff

Laurence L. Angelo, of Counsel

June 10, 2011

By E-Filing

The Honorable Jacqueline Scott Corley
United States Magistrate Judge
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Anderson-Francois v. County of Sonoma, et al.*
       USDC No. C08-00724WHA

Your Honor:

This law firm represents Defendants City of Santa Rosa and Brad Conners in the above case, which as been referred to you for settlement conference on June 24, 2011.

The order for the settlement conference, which was issued by Magistrate Judge Chen on May 4, 2011 (Docket No. 144), requires parties to attend the settlement conference and has specific provisions regarding who is required to attend on behalf of a governmental entity. We will have appropriate personnel in attendance from the City of Santa Rosa:  City Attorney Caroline Fowler and Risk Manager Lynn Margolies.

With respect to Defendant Brad Conners, we respectfully request that Mr. Conners be excused from the settlement conference. Since the conduct that is alleged in this case was within the scope of his employment with the City, the City is providing for his defense and indemnity. Mr. Conners has no personal settlement authority. Those necessary to make decisions on behalf of the City will be present. In addition, those present for the City have full knowledge of the underlying facts.

Therefore, we respectfully request that Mr. Conners be excused from the settlement conference.

To: The Honorable Jacqueline Scott Corley
Re: *Anderson-Francois v. County of Sonoma, et al.*
Page 2
June 10, 2011

---

        Thank you for your assistance.

                                      Very truly yours,

                                      ANGELO, KILDAY & KILDUFF, LLP

                                      By: JOHN A. WHITESIDES

cc:    Counsel of record by efiling

Dated: June 13, 2011



GRANTED
Judge Jacqueline Scott Corley