1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ORALEE ANDERSON-FRANCOIS,                    No. C 08-00724 WHA

12          Plaintiff,

13      v.
                                                 **ORDER SETTING FURTHER CASE**
14  COUNTY OF SONOMA, CITY OF SANTA              **MANAGEMENT CONFERENCE**
    ROSA, JERRY NEWMAN, BRAD
15  CONNORS, and OFFICER HOOD,

16          Defendants.
                                          /
17
18          This order sets a further case management conference for **JULY 14, 2011, AT 3:00 P.M.**

19  The parties shall please submit a joint case management statement at least seven days prior.

20
21          **IT IS SO ORDERED.**

22
23  Dated:  June 27, 2011.
                                          _____
24                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California