IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA, CITY OF SANTA ROSA, JERRY NEWMAN, BRAD CONNERS, OFFICER HOOD, JOHN FELMAN, and DOES 1–25, inclusive,<br><br>    Defendants.<br>                                                                    / | No. C 08-00724 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** a continuance of the case management conference to **SEPTEMBER 1, 2011, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE