IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, et al.,

    Defendants.

No. C 08-00724 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is hereby **CONTINUED** to **SEPTEMBER 15, 2011, AT 11:00 A.M.** Please note that all pretrial deadlines remain in effect, including pretrial submissions, which are due by September 26, 2011.

*Please note there will be no further extensions.*

**IT IS SO ORDERED.**

Dated: August 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE