IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORALEE ANDERSON-FRANCOIS,

    Plaintiff,

  v.

COUNTY OF SONOMA, et al.,

    Defendants.
                               /

No. C 08-00724 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **CONTINUES** the case management conference to **OCTOBER 27, 2011, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE