```
 1  DANA A. SUNTAG (California State Bar #125127)
    THE SUNTAG LAW FIRM
 2  A Professional Corporation
    The Kress Building
 3  20 North Sutter Street, Fourth Floor
    Stockton, California 95202
 4  Telephone:  (209) 943-2004
    Facsimile:   (209) 943-0905
 5  dsuntag@suntaglawfirm.com

 6  BRUCE D. GOLDSTEIN (California State Bar #135970)
    County Counsel
 7  TAMBRA L. CURTIS (California State Bar # 157205)
    Deputy County Counsel
 8  OFFICE OF THE COUNTY COUNSEL
      OF SONOMA
 9  575 Administration Drive, Room 105A
    Santa Rosa, California 95403
10  Telephone: (707) 565-2421
    Facsimile:   (707) 565-2624
11
    Attorneys for Defendants
12  COUNTY OF SONOMA and
    JERRY NEWMAN
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ORALEE ANDERSON-FRANCOIS, | ) No. C08-00724 WHA |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| v. | ) **DISMISSAL OF DEFENDANTS** |
|   | ) **BRAD CONNERS AND JERRY** |
| COUNTY OF SONOMA, et al., | ) **NEWMAN WITH PREJUDICE** |
| Defendants. | ) |

Pursuant to Rules 41(a)(1)((A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure:

IT IS STIPULATED AND AGREED, by counsel of record for the parties below, who are all the parties who have appeared in this case, that all claims and causes of action are dismissed with prejudice as to Defendants Brad Conners and Jerry Newman only, each party to bear its own costs and fees.

Dated: September 16, 2011           LAW OFFICES OF ROBERT R. POWELL


By: /s/ Robert R. Powell
ROBERT R. POWELL
Attorneys for Plaintiff
ORALEE ANDERSON-FRANCOIS

Dated: September 16, 2011           ANGELO, KILDAY & KILDUFF


By: /s/ Bruce A. Kilday
BRUCE A. KILDAY
Attorneys for Defendants
CITY OF SANTA ROSA and BRAD CONNERS

Dated: September 16, 2011           THE SUNTAG LAW FIRM


By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SONOMA and JERRY NEWMAN

**ORDER**

IT IS SO ORDERED.

Dated: September 26, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
FOR DISMISSAL OF CONNERS AND NEWMAN          2
CASE NO. – C08-00724 WHA