DANA A. SUNTAG (California State Bar #125127)
THE SUNTAG LAW FIRM
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905
dsuntag@suntaglawfirm.com

BRUCE D. GOLDSTEIN (California State Bar #135970)
County Counsel
TAMBRA L. CURTIS (California State Bar # 157205)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
 OF SONOMA
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624

Attorneys for Defendants
COUNTY OF SONOMA and
JERRY NEWMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | No. C08-00724 WHA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rules 41(a)(2) of the Federal Rules of Civil Procedure:

IT IS STIPULATED AND AGREED by counsel of record for Plaintiff, Defendant City of Santa Rosa, and Defendant County of Sonoma that this entire action be dismissed with prejudice, each party to bear its own costs and fees.

Dated: September 30, 2011                LAW OFFICES OF ROBERT R. POWELL

By: /s/ Robert R. Powell
ROBERT R. POWELL
Attorneys for Plaintiff
ORALEE ANDERSON-FRANCOIS

Dated: September 30, 2011                ANGELO, KILDAY & KILDUFF

By: /s/ Bruce A. Kilday
BRUCE A. KILDAY
Attorneys for Defendants
CITY OF SANTA ROSA and BRAD CONNERS

Dated: September 30, 2011                THE SUNTAG LAW FIRM

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SONOMA and JERRY NEWMAN

## ORDER

IT IS SO ORDERED.

Dated: September 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE                2
CASE NO. – C08-00724 WHA